IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DANIEL J. DEVILLE, NOAMIE D. THOMPSON, Individually and a/n/f of N.B.,** *Plaintiffs,* | §§§§§ | **CIVIL ACTION NO. _____** |
| v. | §§§ | **JURY DEMANDED** |
| **JOSEPH GEORGE GERVASE,** *Defendant.* | §§§ | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Please take notice that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, JOSEPH GEORGE GERVASE ("Gervase"), Defendant herein, removes to this Court the state court action pending in the 212th Judicial District Court in Galveston County, Texas invoking this Court's diversity jurisdiction, on the grounds explained below.

### BACKGROUND

1. This matter arises from an automobile accident that occurred on April 4, 2018. In their Original Petition, Plaintiffs allege that on or about April 4, 2018, they were involved in a rear-end collision with Defendant. On March 27, 2020, Plaintiffs filed their Original Petition alleging negligence and negligence per se causes of action against Defendant Joseph George Gervase in the 212th Judicial District Court in Galveston County, Texas bearing Cause No. 20-CV-0474 (the "State Court Action"). *See* Plaintiffs' Original Petition, attached hereto as **Exhibit B**.

2. The Petition alleges the Plaintiffs reside in Louisiana. *See* Exhibit B. Plaintiffs are Louisiana citizens.

3. The Petition alleges and Defendant Joseph is in fact a resident of Michigan.

4. Plaintiffs served Defendant through J. Bruce Bugg, Jr., Chairman with the Texas Transportation Commission, pursuant to Tex. Civ. Prac. & Rem Code, Sec. 17.026 on April 1, 2020. The Texas Transportation Commission in turn served Defendant Joseph George Gervase. Defendant Joseph George Gervase received notice of this lawsuit on April 16, 2020 and appeared and answered on April 30, 2020, asserting a general denial and affirmative defenses to the claims and allegations made in Plaintiffs' Original Petition. See Defendant's Original Answer, attached as **Exhibit B**.

5. Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are incorporated herein under **Exhibit B**.

6. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Daniel J. Deville and Noamie D. Thompson Individually and a/n/f of N.B. ( "Plaintiffs") through their attorney of record, and to the clerk of the 212th Judicial District Court, Galveston County, Texas.

7. Pursuant to 28 U.S.C. § 1446(b)(3) this Notice of Removal has been timely filed by the Defendant within thirty (30) of service of the lawsuit.

### EXHIBIT INDEX

| | |
|---|---|
| **Exhibit A** | Index of Matters Being Filed; |
| **Exhibit B** | All executed process in this case, including a copy of the Plaintiffs' Original Petition, citation, civil process pick-up form, civil process request, and a copy of Defendant's Original Answer |
| **Exhibit C** | List of all Counsel of Record |
| **Exhibit D** | Civil Cover Sheet |

## JURISDICTION

8. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the matter is removal to this Court pursuant to 28 U.S.C. § 1441(a) because there is complete diversity of citizenship between the properly joined parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A. DIVERSITY OF PARTIES

9. Plaintiffs are domiciled in Lake Charles, Louisiana. In their Original Petition, Plaintiffs allege that they are individuals residing in Lake Charles, Louisiana.

10. Defendant is domiciled in Caledonia, Michigan.

11. Accordingly, there is complete diversity between the Louisiana Plaintiffs and the Michigan Defendant pursuant to 28 U.S.C. § 1332(a).

### B. AMOUNT IN CONTROVERSY

12. Based on Plaintiffs' pleading and their pre-suit notice, the amount in controversy plainly exceeds $75,000.00, exclusive of interest and costs. Specifically, the Petition alleges Plaintiffs "seek monetary relief over $100,000 but not more than $200,000." *See*, Exhibit B. Accordingly, the amount in controversy requirement of 28 U.S.C. § 1332(b) is satisfied.

## CONCLUSION

11. Removal of this action under 28 U.S.C. § 1441(a) is proper as the district courts of the United States have original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

WHEREFORE, Defendant, Joseph George Gervase, respectfully prays that the state court action be removed and placed on this Court's docket for further proceedings as though it had

4836-1567-1483.1

originated in this Court and that this Court issue all necessary orders. Gervase further requests any additional relief to which it may be justly entitled.

DATE: April 30, 2020.

                                      Respectfully submitted,
                                      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                      */ s / Sarah R. Smith*
                                      DAVID A. OUBRE
                                      Texas Bar No.: 00784704
                                      David.Oubre@lewisbrisbois.com
                                      Texas Bar No. 24056346
                                      Sarah.Smith@lewisbrisbois.com
                                      24 Greenway Plaza, Suite 1400
                                      Houston, Texas 77046
                                      (713) 659-6767 Telephone
                                      (713) 759-6830 Facsimile
                                      **ATTORNEYS FOR DEFENDANT JOSEPH GEORGE GERVASE**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record by electronic filing on April 30, 2020.

| | |
|---|---|
| Law Office of Mana Yegani | Ricardo De Lara, Jr. |
| 1221 Studewood Street, Suite 100 | rick@law-mana.com |
| Houston, Texas 77008 | Mana Yegani |
| | my@law-mana.com |

                                        */ s / Sarah R. Smith*
                                      Sarah R. Smith