# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **DANIEL J. DEVILLE, NOAMIE D. THOMPSON, Individually and a/n/f of N.B.,** <br> *Plaintiffs.* <br><br> v. <br><br> **JOSEPH GEORGE GERVASE,** <br> *Defendant.* | § § § § § § § § § § | **CIVIL ACTION NO. 3:20-cv-00139** <br><br> **JURY DEMANDED** |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Daniel J. Deville, Noamie D. Thompson, Individually and a/n/f/ of N.B., and Defendant, Joseph George Gervase, have reached a settlement in this matter. Plaintiffs and Defendant intend to file dismissal documents within sixty (60) days. Accordingly, the parties respectfully request that all pending deadlines and hearings be removed from the Court's docket.

DATE: February 7, 2022.

[Signatures on next page]

Respectfully submitted,

**LAW OFFICE OF MANA YEGANI**
*/s/    Mana Yegani*
Mana Yegani
Fed ID No. 38772
1221 Studewood Street, Suite 100
Houston, Texas 77008
Telephone: (832) 904-3744
Facsimile: (281) 674-8320
my@law-mana.com
**ATTORNEY FOR PLAINTIFFS**

**BAGGETT MCCALL**
*/s/    Melissa Shaw Brown*
Melissa Shaw-Brown
3006 Country Club Road, Suite 107
Lake Charles, Louisiana 70605
Telephone: (337) 478-8888
Facsimile: (337) 478-8946
mshawbrown@baggettmccall.com
**ATTORNEY FOR PLAINTIFFS**


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*/s/    Rachael S. Fountain*
Sarah R. Smith
Texas Bar No. 24056346
USDC-SD Texas No. 1196616
Rachael S. Fountain
Texas Bar No. 24097702
USDC-SD Texas No. 3310762
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
Sarah.Smith@lewisbrisbois.com
Rachael.Fountain@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I certify that a proper copy of the foregoing instrument has been served as required by applicable rules by electronic filing on the 7th day of February, 2022.

| | |
|---|---|
| Mana Yegani<br>*my@law-mana.com*<br>Law Office of Mana Yegani<br>1221 Studewood Street, Suite 100<br>Houston, Texas 77008 | **Via-Service** |
| Melissa Shaw-Brown<br>mshawbrown@baggettmccall.com<br>**BAGGETT MCCALL**<br>3006 Country Club Road, Suite 107<br>Lake Charles, Louisiana 70605 | **Via-Service** |

                                                */s/ Rachael S. Fountain*
                                                Rachael S. Fountain