United States District Court
Southern District of Texas
**ENTERED**
February 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DANIEL J. DEVILLE, *et al.*, § § § *Plaintiffs*, § VS. § CIVIL ACTION NO. 3:20-CV-139 § JOSEPH GEORGE GERVASE, § § § *Defendant*. § § | |

# **ORDER**

The court has been notified that a settlement has been reached in this case. Dkt. 21. It is therefore ordered that all claims in this case are dismissed without prejudice to refiling, unless either party represents in a writing filed with the court on or before Friday, April 8, 2022, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, April 8, 2022.

Signed on Galveston Island on this 7th day of February, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE