UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DANIEL J. DEVILLE, *et al.*, § § § Plaintiffs, § VS. § No. 3:20-cv-139 § JOSEPH GEORGE GERVASE, § § Defendant. § | |

# **FINAL JUDGMENT**

The plaintiffs and defendant previously jointly motioned to dismiss this case, Dkt. 26, and the court entered an order dismissing the case. Dkt. 28. Pursuant to the court's memorandum opinion, Dkt. 29, entered in this case denying Ricardo De Lara's motion to intervene, Dkt. 23, this case is dismissed.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 21st day of September, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE